IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PHILLIPS, | No. CIV S-10-1941-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____ / | |

   Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On March 3, 2011, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to prosecute by filing a timely dispositive motion. Plaintiff thereafter filed a dispositive motion on March 21, 2011. The order to show cause is, therefore, discharged.

   IT IS SO ORDERED.

DATED: June 6, 2011

                _____
                **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE